UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CV 13-3-M-DLC |
| Plaintiff, | |
| -vs- | ORDER |
| AMERICAN EVOICE, LTD., EMERICA MEDIA CORPORATION, FONERIGHT, INC., GLOBAL VOICE MAIL, LTD., HEARYOU2, INC., NETWORK ASSURANCE, INC., SECURATDAT, INC., TECHMAX SOLUTIONS, INC., VOICE MAIL PROFESSIONALS, INC., STEVE V. SANN, TERRY D. LANE, a/k/a TERRY D. SANN, NATHAN M. SANN, ROBERT M. BRAACH, | **FILED** JAN 0 2 2014 Clerk, U.S District Court District Of Montana Missoula |
| Defendants, | |
| and | |
| BIBLIOLOGIC, LTD., | |
| Relief Defendant. | |

Upon the unopposed motion of Defendant Steven Sann, and with good cause existing,

IT IS ORDERED that Mr. Sann may direct the withdrawal of the sum of one hundred fifty thousand dollars ($150,000.00) as previously approved for legal

defense expenses; and

IT IS FURTHER ORDERED that such funds may be withdrawn from the fund currently being held in escrow by Mr. Sann's counsel, Olshan Frome Woloksy, LLP, and which were deposited in escrow following the sale of a condominium with notice to Plaintiff Federal Trade Commission; and

IT IS FURTHER ORDERED that once such funds are withdrawn from escrow, they shall immediately be deposited with the Clerk of Court for eventual reimbursement to the Criminal Justice Act fund.

DATED this 2nd day of January 2014.

Dana L. Christensen, Chief Judge
United States District Court