Neal G. Jensen
Office of United States Trustee
Liberty Center, Suite 204
301 Central Avenue
Great Falls, MT 59401
Phone: (406) 761-8777
Fax: (406) 761-8895
neal.g.jensen@usdoj.gov
State Bar ID No. 738
(Attorney for United States Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| In re | ) | |
|---|---|---|
| | ) | Case No. 14-61370-7-7 |
| STEVEN VINCENT SANN, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPOINTMENT OF TRUSTEE

Pursuant to 11 U.S.C. §§ 701 and 322; 28 U.S.C. § 586(a)(1); and Federal Rule of Bankruptcy Procedure 2008, Christy L. Brandon is appointed trustee of the estate of the above-named debtors to serve under the trustee's blanket bond.

Unless the trustee notifies the United States Trustee and the Court in writing of rejection of the appointment within seven (7) days after receipt of this Notice, the trustee shall be deemed to have accepted the appointment.

Unless creditors elect another trustee at the meeting of creditors held pursuant to 11 U.S.C. § 341(a), the trustee appointed herein shall serve as the trustee without the need for further appointment or qualification.

DATED this 30th day of April, 2015.

GAIL BREHM GEIGER
ACTING UNITED STATES TRUSTEE
REGION 18

By: /s/ Neal G. Jensen
NEAL G. JENSEN
Attorney for the United States Trustee