IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EVOICE, LTD., et al.,<br><br>Defendants.<br><br>and<br><br>BIBLIOLOGIC, LTD.,<br><br>Relief Defendant. | CV 13–03–M–DLC<br><br>ORDER<br><br>**FILED**<br><br>NOV 0 1 2016<br><br>Clerk, U.S District Court<br>District Of Montana<br>Missoula |

The Clerk of Court, by letter dated October 25, 2016, informed the Court that Joshua Van de Wetering, counsel for the Robert M. Braach, was transferred to inactive status with the State Bar of Montana. Such inactive status precludes him from appearing in this case. L.R. 83.1(b)(1).

Therefore, IT IS HEREBY ORDERED that Mr. Van de Wetering shall, on or before November 18, 2016, advise the Court whether he has been returned to active status. If not, Mr. Van de Wetering and Defendant Robert Braach shall arrange for the substitution of new counsel by November 18, 2016.

-1-

DATED this 1st day of November, 2016.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court