
FILED
MAY 22 2017
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN EVOICE, LTD., EMERICA MEDIA CORPORATION, FONERIGHT, INC., GLOBAL VOICE MAIL, LTD., HEARYOU2, INC., NETWORK ASSURANCE, INC., SECURATDAT, INC., TECHMAX SOLUTIONS, INC., VOICE MAIL PROFESSIONALS, INC., STEVE V. SANN, TERRY D. LANE, a/k/a TERRY D. SANN, NATHAN M. SANN, ROBERT M. BRAACH, <br><br> Defendants. <br><br> and <br><br> BIBLIOLOGIC, LTD., <br><br> Relief Defendant. | CV 13–03–M–DLC <br><br> ORDER |

Upon the joint motion of Plaintiff Federal Trade Commission, Defendants

Steven Sann; American eVoice, Ltd.; Emerica Media Corp.; FoneRight, Inc.;

Global Voice Mail, Ltd.; HearYou2, Inc.; Network Assurance, Inc.; SecuratDat,

Inc.; Techmax Solutions, Inc.; and Voice Mail Professionals, Inc.; and Chapter 7

1

Trustee Christy L. Brandon, for a sixty day stay of these proceedings, and finding good cause therefore, it is hereby ORDERED that the joint motion (Doc. 282) is GRANTED.

IT IS FURTHER ORDERED that on or before July 21, 2017, Plaintiff Federal Trade Commission shall file either (1) proposed Stipulated Orders for Permanent Injunctions and Monetary Judgments for the Court's approval, or (2) a status report.

IT IS FURTHER ORDERED that the summary judgment hearing set for Wednesday, May 24, 2017, is VACATED.

DATED this 22nd day of May 2017.

Dana L. Christensen, Chief Judge
United States District Court