IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
JUN 28 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EVOICE, LTD., EMERICA MEDIA CORPORATION, FONERIGHT, INC., GLOBAL VOICE MAIL, LTD., HEARYOU2, INC., NETWORK ASSURANCE, INC., SECURATDAT, INC., TECHMAX SOLUTIONS, INC., VOICE MAIL PROFESSIONALS, INC., STEVE V. SANN, TERRY D. LANE, a/k/a TERRY D. SANN, NATHAN M. SANN, ROBERT M. BRAACH,<br><br>Defendants.<br><br>and<br><br>BIBLIOLOGIC, LTD.,<br><br>Relief Defendant. | CV 13–03–M–DLC<br><br>ORDER |

Plaintiff Federal Trade Commission moves for the entry of stipulated orders for permanent injunction and monetary judgments as to Defendant Steven Sann, Defendant Terry Lane, and Defendants American eVoice, Ltd., Emerica Media Corp., FoneRight, Inc., Global Voice Mail, Ltd., HearYou2, Inc., Network

1

Assurance, Inc., SecuratDat, Inc., Techmax Solutions, Inc., Voice Mail Professionals, Inc. (the "Corporate Defendants"). Defendant Steven Sann, Defendant Terry Lane, and the Corporate Defendants do not oppose the motion. Because the motion is unopposed, the Court will grant it. The stipulated orders for permanent injunction and monetary judgment will be filed subsequent to this order.

Accordingly, it is ORDERED that Plaintiff's Unopposed Motion for Stipulated Final Orders and Judgments (Doc. 285) is GRANTED.

IT IS FURTHER ORDERED that all pending motions are DENIED as moot.

DATED this 28th day of June, 2017.

Dana L. Christensen, Chief District Judge
United States District Court

2