IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EVOICE, LTD., EMERICA MEDIA CORPORATION, FONERIGHT, INC., GLOBAL VOICE MAIL, LTD., HEARYOU2, INC., NETWORK ASSURANCE, INC., SECURATDAT, INC., TECHMAX SOLUTIONS, INC., VOICE MAIL PROFESSIONALS, INC., STEVE V. SANN, TERRY D. LANE, a/k/a TERRY D. SANN, NATHAN M. SANN, ROBERT M. BRAACH, CHRISTY L. BRANDON, Chapter 7 Trustee of the Bankruptcy Estate of Steven V. Sann,<br><br>Defendants.<br><br>and<br><br>BIBLIOLOGIC, LTD.,<br><br>Relief Defendant. | CV 13–03–M –DLC<br><br>ORDER |

On July 13, 2017, Court's ordered Plaintiff to show cause why the above-captioned matter should not be closed. (Doc. 292.) On July 26, 2017, Plaintiff

1

responded and stated that all claims in this case have been resolved. (Doc. 294.) Because no other issues remain in this case, the Court will close this matter.

Accordingly, IT IS ORDERED that the Clerk DENY all outstanding motions as moot and CLOSE this matter.

Dated this 17th day of August, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court